IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-00023-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DARYL LAMONT GLOVER, | ) | |
|     Defendant. | ) | |

This matter is before the court on Daryl Lamont Glover's Motion to Discontinue Sentence [DE-341]. In his motion, Glover contends that his sentence should be set aside based on the actions of the corrupt officers in Robeson County, North Carolina, pursuant to Operation Tarnished Badge[1].

Glover appears to be attacking the validity of his sentence; thus, the appropriate avenue to bring this challenge is by way of a § 2255 motion.[2] To the extent that Glover seeks to file a § 2255 motion, he must file it on the appropriate form. The Clerk of Court hereby is DIRECTED to send a copy of the appropriate § 2255 form to Glover. If Glover elects to pursue a § 2255 motion, he shall have twenty-eight (28) days within which to file his motion on the appropriate § 2255 form provided by the Clerk. Glover should send the original of the § 2255 form to the following address:

---

[1] Operation Tarnished Badge was a joint state-federal investigation of corrupt law enforcement officers in Robeson County, North Carolina.

[2] Title 28, United States Code, Section 2255 states four grounds upon which such relief may be claimed: (1) that the sentence was imposed in violation of the Constitution or laws of the United States; (2) that the court was without jurisdiction to impose such sentence; (3) that the sentence was in excess of the maximum authorized by law; or (4) that the sentence is otherwise subject to collateral attack. 28 U.S.C. § 2255(a).

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

SO ORDERED.

This 20 day of October 2016.

                                      JAMES C. FOX
                                      Senior United States District Judge