IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07-CR-00023-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARYL LAMONT GLOVER, | ) | |
| Defendant. | ) | |

This matter is before the court on Daryl Lamont Glover's Motion to Dismiss [DE-344]. In his motion, Glover moves to dismiss the claims he previously raised in connection with Operation Tarnished Badge[1].

In an October 21, 2016 Order [DE-342], Glover was advised that in order to pursue his claims, he would need to put them on the appropriate § 2255 forms within twenty-eight days. Glover did not file his claims on the appropriate forms. Consequently, Glover's Motion to Dismiss [DE-344] is DENIED as moot.

SO ORDERED.

This 2 day of November 2016.

_____
JAMES C. FOX
Senior United States District Judge

---

[1] Operation Tarnished Badge was a joint state-federal investigation of corrupt law enforcement officers in Robeson County, North Carolina.