IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-23-F-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| DARYL LAMONT GLOVER, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's motion to file docket entry number 351 under seal pursuant to Local Criminal Rule 55.2. [DE 352]. For good cause shown, the motion is ALLOWED and docket entry number 351 shall be filed under seal.

SO ORDERED.

This the 23rd day of February, 2017.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge